## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HICKOK INCORPORATED, | ) Case No. 1:07cv3565 |
| Plaintiff, | ) Judge Christopher A. Boyko |
| vs. | ) |
| SYSTECH INTERNATIONAL, LLC, et al., | ) **SUPPLEMENTAL DECLARATION OF PHILIP J. MOY JR.** |
| Defendants. | ) **IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Being duly sworn, I, Philip J. Moy Jr., state as follows:

1. I am an attorney with the firm of Fay Sharpe LLP, located at The Halle Building, 5th Floor, 1228 Euclid Avenue, Cleveland, Ohio 44115. I represent the Defendants in the captioned action. I am a member in good standing of the Bar of the State of Ohio and this Court.

2. I am submitting this declaration to provide the Court with evidence and information cited in Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment of Non-Infringement.

3. This declaration supplements the Declaration of Philip J. Moy Jr. in Support of Defendants' Motion for Summary Judgment (Doc. 150) filed December 1, 2014 in this action.

1

The exhibits to this declaration are lettered to follow the exhibits filed with the earlier declaration.

4. Attached as Exhibit G to this declaration is a true copy of portions of the transcript of the deposition of Paul L. Shick taken on October 24, 2014.

5. Attached as Exhibit H to this declaration is a true copy of portions of the transcript of the deposition of Majid Rashidi taken on October 23, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed by me on January 31, 2015, at Newark, New Jersey.

/s/Philip J. Moy Jr.
Philip J. Moy Jr. (Ohio Bar No. 0043568)
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, a copy of the foregoing **SUPPLEMENTAL DECLARATION OF PHILIP J. MOY JR. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Philip J. Moy Jr.
Richard M. Klein (0029451)
rklein@faysharpe.com
Philip J. Moy, Jr. (0043568)
pmoy@faysharpe.com
FAY SHARPE LLP
1228 Euclid Ave., 5th Floor
Cleveland, Ohio 44115
Telephone: 216-363-9000
Facsimile: 216-363-9001

*Attorneys for Defendants*
*SysTech International, LLC and*
*Delphi Corporation*