IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HICKOK INCORPORATED, | ) | CASE NO. 1:07cv3565 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| SYSTECH INTERNATIONAL, LLC, *et al.,* | ) | **STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Hickok Incorporated, and Defendants, SysTech International, LLC and Delphi Corporation, through their attorneys, stipulate that this action, including all complaints, answers, and counterclaims, is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and expenses. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

Respectfully submitted,

/s/ Robert D. Kehoe
Robert D. Kehoe (0017466)
KEHOE & ASSOCIATES, LLC
900 Baker Building
1940 East Sixth Street
Cleveland, OH 44114
rdkehoe@kehoelaw.net
*Attorneys for Plaintiff*
*Hickok Incorporated*

/s/ Philip J. Moy Jr.
Richard M. Klein (0029451)
Philip J. Moy Jr. (0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, Ohio 44115
rklein@faysharpe.com
pmoy@faysharpe.com
*Attorneys for Defendants*
*Systech International, LLC*
*and Delphi Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2016, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served upon all Parties via the Court's electronic filing system.

/s/ Philip J. Moy Jr.
Philip J. Moy Jr. (0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, Ohio 44115
pmoy@faysharpe.com
Telephone:  216-363-9000
Facsimile:  216-363-9001

*Attorneys for Defendants*
*SysTech International, LLC and*
*Delphi Corporation*